IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01045-BNB

WILLIAM E. ALEXANDER,

    Plaintiff,

v.

NICHOLAS J. LOBURGIO,

    Defendant.

## ORDER OF DISMISSAL

    Plaintiff, William E. Alexander, resides in Thornton, Colorado.  Mr. Alexander initiated this action by filing *pro se* a complaint seeking judicial review of an administrative decision denying his claim for Social Security disability benefits.

    On April 26, 2012, Mr. Alexander was granted leave to proceed pursuant to 28 U.S.C. § 1915, and ordered to file within thirty days an amended complaint that sued the proper defendant, asserted jurisdiction, and complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure.  The April 26 order warned Mr. Alexander that, if he failed to file an amended complaint as directed within the time allowed, the complaint and the action would be dismissed without further notice.  Mr. Alexander has failed within the time allowed to comply with the directives of the April 26 order or otherwise to communicate with the Court in any way.  Therefore, the complaint and the action will be dismissed.

    Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status

will be denied for the purpose of appeal.  See *Coppedge v. United States*, 369 U.S. 438 (1962).  If Mr. Alexander files a notice of appeal he also must pay the full $455.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice pursuant to Rules 8 and 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, William E. Alexander, to comply with the pleading requirements of Rule 8 and the directives of the order of April 26, 2012, and for his failure to prosecute.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this  5th  day of    June    , 2012.

BY THE COURT:

  s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge  
United States District Court